IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA CAPPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 5-1376 |
| | ) | |
| HVL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this **5th day of December, 2005**, the following deadlines are set for the above-captioned matter:

### 1. Initial Rule 16 Scheduling Conference

An Initial Rule 16 Scheduling Conference is scheduled for **January 17, 2006 at 10:00 AM** in Suite 3280, Third Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania. All counsel and unrepresented parties shall bring their calenders to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

### 2. Rule 26(f) Conference

Pursuant to the Rule 26(f), the parties must confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make or arrange for the disclosures required by the Rule 26(a)(1) on or before **December 19, 2005.**

### 3. Rule 26(f) Report

The parties shall confer as necessary and file with the Clerk of Court a report within twenty one (21) days after the Rule 26(f) Conference. **(The form to be used for the Rule 26(f) report may be found in the Local Rules at Appendix B.)**

### 4. Motion to Dismiss

The Response to the Motion to Dismiss shall be filed on or before **N/A.**

### 5. Position Letters

At least three (3) business days prior to <u>all</u> conferences (case management, settlement, or pre-trial), counsel for every party shall submit a position letter to this Court. The position letter shall set forth the following: (a) A brief recitation of the facts; (b) A discussion of your party's strengths and weaknesses; and (3) Your party's settlement posture. To ensure candor, the position letters are <u>not</u> to be filed nor shared with opposing counsel, but rather, are to be faxed directly to this Court's Chambers at (412)208-7357. All position letters will be kept confidential.

S/Donetta W. Ambrose

---

Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record